■ GREENPOINT SAVINGS BANK, Respondent, v WYCLIFF HILL et al., Defendants, and ANGELICA V. APONTE, Appellant. [643 NYS2d 424]

Contrary to the appellant's contention, the Supreme Court did not improvidently exercise its discretion in denying her motion to vacate the prior order entered on her default, since the appellant failed to establish a reasonable excuse for her default and a meritorious defense (see, CPLR 5015 [a] [1]; Fennell v Mason, 204 AD2d 599; Putney v Pearlman, 203 AD2d 333). Rosenblatt, J. P., Sullivan, Copertino, Santucci and Goldstein, JJ., concur.